Donald JEFFERS *v.* STATE of Arkansas

RC 89-63                                   778 S.W.2d 953

Supreme Court of Arkansas
Opinion delivered November 13, 1989

*Anthony J. Sherman*, for appellant.

No response.

PER CURIAM. Appellant, Donald Jeffers, by his attorney,

Anthony J. Sherman, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this Court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.